UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
                                    §
WELTEWOOD, INC                      §   Case No. 07-17320
                                    §
                                    §
          Debtor(s)                 §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on          .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of              $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

      5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____ . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7.  The Trustee's proposed distribution is attached as **Exhibit D**.

      8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____ . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $_____ as interim compensation and now requests a sum of $_____ , for a total compensation of $_____ $^{2}$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____ , and now requests reimbursement for expenses of $_____ , for total expenses of $_____ $^{2}$.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/JOSEPH E. COHEN_____
                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

$^{2}$ If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 07-17320  ABG  Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | WELTEWOOD, INC | Date Filed (f) or Converted (c): | 09/21/07 (f) |
|  |  | 341(a) Meeting Date: | 10/29/07 |
| For Period Ending: | 03/17/11 | Claims Bar Date: | 01/28/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING | 0.00 | 0.00 |  | 0.00 | 0.00 |
| 2. VEHICLES | 26,700.00 | 3,000.00 |  | 0.00 | 0.00 |
| 3. OFFICE EQUIPMENT | 1,700.00 | 1,500.00 |  | 0.00 | 0.00 |
| 4. MACHINERY | 3,285.00 | 2,500.00 |  | 0.00 | 0.00 |
| 5. FRAUD, CONVEYANCE (u) | 0.00 | 25,000.00 |  | 38,290.46 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A |  | 11.17 | Unknown |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $31,685.00 | $32,000.00 |  | $38,301.63 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS REQUESTED BOOKS AND RECORDS FROM THE DEBTOR. TRUSTEE TO FILE ADVERSARY COMPLAINTS TO AVOID TRANSFERS, ADVERSARIES HAVE BEEN FILED. TRUSTEE HAS BEEN LITIGATING AND COMPROMISING PENDING ADVERSARY COMPLAINTS.

Initial Projected Date of Final Report (TFR): 09/30/09     Current Projected Date of Final Report (TFR): 02/28/11

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 07-17320 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | WELTEWOOD, INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1066 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1533 | | | |
| For Period Ending: | 03/17/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/09/09 | 5 | Chase Bank USA | Settlement of Adversary | 1241-000 | 8,000.00 | | 8,000.00 |
| 12/14/09 | 5 | 1st Mariner Bank | Settlement of Adversary | 1241-000 | 6,354.22 | | 14,354.22 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.19 | | 14,354.41 |
| 01/05/10 | 5 | Ocwen Loan Servicing LLC | Settlement of Adversary | 1241-000 | 3,936.24 | | 18,290.65 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.44 | | 18,291.09 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.42 | | 18,291.51 |
| 03/26/10 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 17.07 | 18,274.44 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.47 | | 18,274.91 |
| 04/10/10 | 5 | National City | Settlement of Adversary | 1241-000 | 20,000.00 | | 38,274.91 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.71 | | 38,275.62 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.97 | | 38,276.59 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.95 | | 38,277.54 |
| 07/15/10 | | Transfer to Acct #*******1383 | TRANSFER TO WRITE CHECKS | 9999-000 | | 197.00 | 38,080.54 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.97 | | 38,081.51 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.97 | | 38,082.48 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.94 | | 38,083.42 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.97 | | 38,084.39 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.94 | | 38,085.33 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.97 | | 38,086.30 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.97 | | 38,087.27 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.29 | | 38,087.56 |

Page Subtotals 38,301.63 214.07

UST Form 101-7-TFR (10/1/2010) *(Page: 4)*

LFORM24

Ver: 16.01c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 07-17320 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | WELTEWOOD, INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1066 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1533 | | | |
| For Period Ending: | 03/17/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 38,301.63 | 214.07 | 38,087.56 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 197.00 | |
| | | | Subtotal | | 38,301.63 | 17.07 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 38,301.63 | 17.07 | |

Page Subtotals  0.00  0.00

FORM 2

Page: 3

Exhibit B

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-17320 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | WELTEWOOD, INC | Bank Name: | BANK OF AMERICA, N.A. |
|  |  | Account Number / CD #: | *******1383 BofA - Checking Account |
| Taxpayer ID No: | *******1533 |  |  |
| For Period Ending: | 03/17/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 07/15/10 |  | Transfer from Acct #*******1066 | TRANSFER TO WRITE CHECKS | 9999-000 | 197.00 |  | 197.00 |
| 07/15/10 | 003001 | Carol A. Raber<br>219 S. Dearborn, #667<br>Chicago, IL 60604 | Court reporter invoice | 2990-000 |  | 197.00 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 197.00 | 197.00 | 0.00 |
| Less: Bank Transfers/CD's | 197.00 | 0.00 |  |
| Subtotal | 0.00 | 197.00 |  |
| Less: Payments to Debtors |  | 0.00 |  |
| Net | 0.00 | 197.00 |  |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********1066 | 38,301.63 | 17.07 | 38,087.56 |
| BofA - Checking Account - ********1383 | 0.00 | 197.00 | 0.00 |
|  | 38,301.63 | 214.07 | 38,087.56 |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     197.00     197.00

UST Form 101-7-TFR (10/1/2010) *(Page: 6)*                                                                                                                               Ver: 16.01c

LFORM24

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 07-17320 | | Page 1 | | Date: March 17, 2011 |
| Debtor Name: | WELTEWOOD, INC | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3110-00 | Cohen & Krol | Administrative | | $11,653.25 | $0.00 | $11,653.25 |
| 001 3310-00 | Cooke & Lewis, Ltd. | Administrative | | $1,785.00 | $0.00 | $1,785.00 |
| 001 2700-00 | Clerk, U. S. Bankruptcy Court | Administrative | | $1,500.00 | $0.00 | $1,500.00 |
| 000001 070 7100-00 | PEOPLES GAS LIGHT & COKE COMPANY<br>130 E. RANDOLPH DRIVE<br>CHICAGO, IL 60601 | Unsecured | | $76.02 | $0.00 | $76.02 |
| 000002 070 7100-00 | Troy Georgeson<br>24908 69th Street<br>Salem, WI 53168 | Unsecured | | $4,920.30 | $0.00 | $4,920.30 |
| 000003 070 7100-00 | Mr Floor<br>3828 Oakton St<br>Skokie, IL 60076 | Unsecured | | $1,625.00 | $0.00 | $1,625.00 |
| 000004 070 7100-00 | Chicago Commercial Photography<br>Bob Grosse<br>PO Box 7266<br>Algonquin, IL 60102 | Unsecured | | $700.00 | $0.00 | $700.00 |
| 000005 070 7100-00 | Eugene Welte<br>2645 Fillmore Lane<br>Davenport, IA 52804 | Unsecured | | $20,000.00 | $0.00 | $20,000.00 |
| 000006 070 7100-00 | Sherwin Williams Paint<br>16W485 S Frontage Rd<br>Suite 110<br>Burr Ridge, IL 60527 | Unsecured | | $4,077.51 | $0.00 | $4,077.51 |
| 000007 070 7100-00 | Trans Management Inc<br>49C Lebaron Street<br>Waukegan, IL 60085 | Unsecured | | $8,900.00 | $0.00 | $8,900.00 |
| 000008 070 7100-00 | Advanta Bank Corp.<br>Becket and Lee LLP<br>Attorneys/Agent for Creditor<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $15,076.13 | $0.00 | $15,076.13 |
| | Case Totals: | | | $70,313.21 | $0.00 | $70,313.21 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

                                                                      Exhibit D

Case No.: 07-17320
Case Name: WELTEWOOD, INC
Trustee Name: JOSEPH E. COHEN

    Balance on hand                                       $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ | $ | $ |
| Trustee Expenses: JOSEPH E. COHEN | $ | $ | $ |
| Attorney for Trustee Fees: Cohen & Krol | $ | $ | $ |
| Accountant for Trustee Fees: Cooke & Lewis, Ltd. | $ | $ | $ |
| Accountant for Trustee Expenses: Cooke & Lewis, Ltd. | $ | $ | $ |
| Charges: Clerk, U. S. Bankruptcy Court | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses          $_____
    Remaining Balance                                                $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | PEOPLES GAS LIGHT & COKE COMPANY<br>130 E. RANDOLPH DRIVE<br>CHICAGO, IL 60601 | $ | $ | $ |
| 000002 | Troy Georgeson<br>24908 69th Street<br>Salem, WI 53168 | $ | $ | $ |
| 000003 | Mr Floor<br>3828 Oakton St<br>Skokie, IL 60076 | $ | $ | $ |
| 000004 | Chicago Commercial Photography<br>Bob Grosse<br>PO Box 7266<br>Algonquin, IL 60102 | $ | $ | $ |
| 000005 | Eugene Welte<br>2645 Fillmore Lane<br>Davenport, IA 52804 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Sherwin Williams Paint<br>16W485 S Frontage Rd<br>Suite 110<br>Burr Ridge, IL 60527 | $ | $ | $ |
| 000007 | Trans Management Inc<br>49C Lebaron Street<br>Waukegan, IL 60085 | $ | $ | $ |
| 000008 | Advanta Bank Corp.<br>Becket and Lee LLP<br>Attorneys/Agent for Creditor<br>POB 3001<br>Malvern, PA 19355-0701 | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____


Tardily filed claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE