# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WELTEWOOD, INC | § | Case No. 07-17320 |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
### CLERK OF BANKRUPTCY COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 2:00 PM on 04/29/2011 in Courtroom B,

Park City Branch Court
301 Greenleaf Avenue
Park City, IL 60089

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: _____
                                              Clerk, U.S. Bankruptcy Court

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WELTEWOOD, INC | § | Case No. 07-17320 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 38,301.63 |
| and approved disbursements of | $ | 214.07 |
| leaving a balance on hand of[1] | $ | 38,087.56 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $    4,580.16 | $    0.00 | $    4,580.16 |
| Trustee Expenses: JOSEPH E. COHEN | $    129.88 | $    0.00 | $    129.88 |
| Attorney for Trustee Fees: Cohen & Krol | $    11,653.25 | $    0.00 | $    11,653.25 |
| Accountant for Trustee Fees: Cooke & Lewis, Ltd. | $    1,625.00 | $    0.00 | $    1,625.00 |
| Accountant for Trustee Expenses: Cooke & Lewis, Ltd. | $    160.00 | $    0.00 | $    160.00 |
| Charges: Clerk, U. S. Bankruptcy Court | $    1,500.00 | $    0.00 | $    1,500.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 19,648.29 |
| Remaining Balance | $ | 18,439.27 |

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 55,374.96  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  33.3  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | PEOPLES GAS LIGHT & COKE COMPANY 130 E. RANDOLPH DRIVE CHICAGO, IL 60601 | $ 76.02 | $ 0.00 | $ 25.31 |
| 000002 | Troy Georgeson 24908 69th Street Salem, WI 53168 | $ 4,920.30 | $ 0.00 | $ 1,638.41 |
| 000003 | Mr Floor 3828 Oakton St Skokie, IL 60076 | $ 1,625.00 | $ 0.00 | $ 541.11 |
| 000004 | Chicago Commercial Photography Bob Grosse PO Box 7266 Algonquin, IL 60102 | $ 700.00 | $ 0.00 | $ 233.09 |
| 000005 | Eugene Welte 2645 Fillmore Lane Davenport, IA 52804 | $ 20,000.00 | $ 0.00 | $ 6,659.79 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Sherwin Williams Paint<br>16W485 S Frontage Rd<br>Suite 110<br>Burr Ridge, IL 60527 | $          4,077.51 | $          0.00 | $          1,357.77 |
| 000007 | Trans Management Inc<br>49C Lebaron Street<br>Waukegan, IL 60085 | $          8,900.00 | $          0.00 | $          2,963.60 |
| 000008 | Advanta Bank Corp.<br>Becket and Lee LLP<br>Attorneys/Agent for<br>Creditor<br>POB 3001<br>Malvern, PA 19355-0701 | $          15,076.13 | $          0.00 | $          5,020.19 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured creditors | $          18,439.27 |
| Remaining Balance | $          0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/JOSEPH E. COHEN _____
TRUSTEE

*JOSEPH E. COHEN*

*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 07-17320-ABG
Weltewood, Inc                                                  Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: arodarte       Page 1 of 2        Date Rcvd: Apr 04, 2011
                             Form ID: pdf006       Total Noticed: 46


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 06, 2011.
db         +Weltewood, Inc,   1137 Winwood Drive,   Lake Forest, IL 60045-1158
aty        +Debra J Vorhies Levine,   DVL LAW OFFICES, LLC,   53 W Jackson Boulevard,   Suite 1001,
             Chicago, IL 60604-3646
aty        +Gina B Krol, ESQ,   Cohen & Krol,   105 West Madison Street #1100,   Chicago, IL 60602-4600
aty        +Joseph E Cohen,   Cohen & Krol,   105 West Madison Suite 1100,   Chicago, IL 60602-4600
aty        +Yan Teytelman,   Cohen & Krol,   105 West Madison St.,   Suite 1100,   Chicago, IL 60602-4600
tr         +Joseph E Cohen, Tr.,   Cohen & Krol,   105 West Madison Suite 1100,   Chicago, IL 60602-4600
14954833  ++ADVANTA,   700 DRESHER RD,   HORSHAM PA 19044-2206
             (address filed with court: Advanta Bank Corp.,   Becket and Lee LLP,
             Attorneys/Agent for Creditor,   POB 3001,   Malvern, PA 19355-0701)
11627200   +AT&T Home Office,   PO Box 8105,   Aurora, IL 60507-8105
11627197   +Acuity Insurance,   2800 S. Taylor Dr.,   PO Box 58,   Sheboygan, WI 53082-0058
11627201    Bradco Roofing Supplies,   39 Englehard Ave,   Avenel, NJ 07001
11627202   +Carmax Finance,   2040 Thalbro St,   Richmond, VA 23230-3200
11627203   +Chicago Commercial Photography,   Bob Grosse,   PO Box 7266,   Algonquin, IL 60102-7266
11627204   +Citicards,   PO Box 6077,   Sioux Falls, SD 57117-6077
11627205    Citizens Bank Auto Finance,   P.O. Box 42113,   Providence, RI 02940-2113
11627207   +Debt Credit Services,   2493 Romig Road,   Po Box 8129,   Akron, OH 44320-0129
11627208   +Eugene Welte,   2645 Fillmore Lane,   Davenport, IA 52804-1711
11627209    Fifth Third Bank,   P.O. Box 630337,   Cincinnati, OH 45253
11627210   +First Equity Credit Card,   PO Box 23029,   Columbus, GA 31902-3029
11627211   +Groot Wast Services,   PO Box 92317,   Elk Grove Village, IL 60009-2317
11627216    HSBC Menards,   PO Box 5219,   Carol Stream, IL 60197-5219
11627212    Home Depot Business Rewards,   PO Box 6925,   The Lakes, NV 88901-6925
11627213   +Home Depot Commercial Credit,   PO Box 6029,   The Lakes, NV 88901-6029
11627214    Home Depot Credit,   Processing Center,   Des Moines, IA 50364-0001
11627217   +Liberty Mutual Insurance,   Allied Interstate,   PO Box 8090,   Wausau, WI 54402-8090
11627218   +Mr Floor,   3828 Oakton St,   Skokie, IL 60076-3430
11627219    Nextel,   PO Box 60075,   Dallas, TX 75266
11627221   +Northshore Gas,   PO Box A3991,   Chicago, IL 60690-3991
11660978   +PEOPLES GAS LIGHT & COKE COMPANY,   130 E. RANDOLPH DRIVE,   CHICAGO, IL 60601-6207
14753220   +Patricia Welte,   1137 Winwood Drive,   Lake Forest, IL 60045-1158
11627222   +RH Donnely Yellow Pages,   1615 Bluff City Highway,   Bristol, TN 37620-6055
11627223   +Richard Nacius,   3467 Ellis Ave,   Gurnee, IL 60031-2860
11627224   +Romar Carpeting,   9113 Medill,   Franklin Park, IL 60131-3418
11627225   +Service Magic,   14023 Denver West Parkway Suite 200,   Golden, CO 80401-3259
11627226   +Sherwin Williams Paint,   16W485 S Frontage Rd,   Suite 110,   Burr Ridge, IL 60527-7151
11627227   +State Farm Insurance,   PO Box 680001,   Dallas, TX 75368-0001
11627228   +Strenger HT,   28915 N. Herkey Dr.,   Lake Bluff, IL 60044-1466
11627230   +The Rockland Group,   c/o MW North Real Estate Corp,   26575 Commerce Drive Suite 613,
             Round Lake, IL 60073-9662
14954545   +Trans Management Inc,   49C Lebaron Street,   Waukegan, IL 60085-3002
11627231   +TransManagement,   Richard LeBaron,   33 LeBaron Street,   Waukegan, IL 60085-3047
11627232   +Troy Georgeson,   24908 69th Street,   Salem, WI 53168-9760
11627233   +Van Ru Credit,   10024 Skokie Boulevard Suite 2,   Skokie, IL 60077-9944
11627234   +Village of Northbrook,   1225 Cedar Lane,   Northbrook, IL 60062-4582
11627235   +Waukegan Glass,   1200 N. Estes,   Gurnee, IL 60031-2390
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
11627198    E-mail/Text: bkr@cardworks.com Apr 04 2011 22:51:03    Advanta Bank,   PO Box 8088,
             Philadelphia, PA 19101
11627206    E-mail/Text: legalcollections@comed.com Apr 04 2011 22:50:38    ComEd,   Bill Payment Center,
             Chicago, IL 60668-0001
11627220    E-mail/Text: bankrup@nicor.com Apr 04 2011 22:49:47    Nicor,   P.O. Box 416,
             Aurora, IL 60568-0001
                                                                           TOTAL: 3


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11627199   ##+AT&T,   P.O. Box 8105,   Aurora, IL 60507-8105
11627215   ##+Hsbc,   PO Box 19360,   Portland, OR 97280-0360
11627229   ##+Susan Fleming,   330 S. Michigan,   Suite 1501,   Chicago, IL 60604-4428
                                                                   TOTALS: 0, * 0, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: arodarte          Page 2 of 2              Date Rcvd: Apr 04, 2011
                             Form ID: pdf006          Total Noticed: 46

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 06, 2011**                    **Signature:**