UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
WELTEWOOD, INC § Case No. 07-17320
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/JOSEPH E. COHEN _____
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| JOSEPH E. COHEN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| CLERK, U. S. BANKRUPTCY COURT | | | | | |
| CAROL A. RABER | | | | | |
| COHEN & KROL | | | | | |
| JOSEPH E. COHEN | | | | | |
| COOKE & LEWIS, LTD. | | | | | |
| COOKE & LEWIS, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T Home Office PO Box 8105 Aurora, IL 60507 | | | | | |
| | AT&T P.O. Box 8105 Aurora, IL 60507-8105 | | | | | |
| | AT&T P.O. Box 8105 Aurora, IL 60507-8105 | | | | | |
| | Acuity Insurance 2800 S. Taylor Dr. PO Box 58 Sheboygan, WI 53081 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advanta Bank PO Box 8088 Philadelphia, PA 19101 | | | | | |
| | Bradco Roofing Supplies 39 Englehard Ave Avenel, NJ 07001 | | | | | |
| | Carmax Finance 2040 Thalbro St Richmond, VA 23230 | | | | | |
| | Citicards PO Box 6077 Sioux Falls, SD 57117 | | | | | |
| | Citicards PO Box 6077 Sioux Falls, SD 57117 | | | | | |
| | ComEd Bill Payment Center Chicago, IL 60668-0001 | | | | | |
| | ComEd Bill Payment Center Chicago, IL 60668-0001 | | | | | |
| | Debt Credit Services 2493 Romig Road Po Box 8129 Akron, OH 44320 | | | | | |
| | Fifth Third Bank PO Box 630337 Cincinnati, OH 45253 | | | | | |
| | First Equity Credit Card PO Box 23029 Columbus, GA 31902 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Groot Wast Services PO Box 92317 Elk Grove Village, IL 60009 | | | | | |
| | HSBC Menards PO Box 5219 Carol Stream, IL 60197-5219 | | | | | |
| | Home Depot Business Rewards PO Box 6925 The Lakes, NV 88901-6925 | | | | | |
| | Home Depot Commercial Credit PO Box 6029 The Lakes, NV 88901 | | | | | |
| | Home Depot Credit Processing Center Des Moines, IA 50364 | | | | | |
| | Hsbc PO Box 19360 Portland, OR 97280 | | | | | |
| | Liberty Mutual Insurance Allied Interstate PO Box 8090 Wausau, WI 54402 | | | | | |
| | Nextel PO Box 60075 Dallas, TX 75266 | | | | | |
| | Nicor P.O. Box 416 Aurora, IL 60568-0001 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Patricia Welte 1137 Winwood Drive Lake Forest, IL 60045 | | | | | |
| | RH Donnely Yellow Pages 1615 Bluff City Highway Bristol, TN 37620 | | | | | |
| | Richard Nacius 3467 Ellis Ave Gurnee, IL 60031 | | | | | |
| | Romar Carpeting 9113 Medill Franklin Park, IL 60131 | | | | | |
| | Service Magic 14023 Denver West Parkway Suite 200 Golden, CO 80401 | | | | | |
| | State Farm Insurance PO Box 680001 Dallas, TX 75368 | | | | | |
| | Strenger HT 28915 N. Herkey Dr. Lake Bluff, IL 60044 | | | | | |
| | Susan Fleming 330 S. Michigan Suite 1501 Chicago, IL 60604 | | | | | |
| | The Rockland Group c/o MW North Real Estate Corp 26575 Commerce Drive Suite 613 Round Lake, IL 60073 | | | | | |

Case 07-17320    Doc 57    Filed 09/08/11    Entered 09/08/11 10:56:26    Desc Main
Document      Page 9 of 15

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Van Ru Credit 10024 Skokie Boulevard Suite 2 Skokie, IL 60077-1109 | | | | | |
| | Village of Northbrook 1225 Cedar Lane Northbrook, IL 60062 | | | | | |
| | Waukegan Glass 1200 N. Estes Gurnee, IL 60031 | | | | | |
| 000008 | ADVANTA BANK CORP. | | | | | |
| 000004 | CHICAGO COMMERCIAL PHOTOGRAPHY | | | | | |
| 000005 | EUGENE WELTE | | | | | |
| 000003 | MR FLOOR | | | | | |
| 000001 | PEOPLES GAS LIGHT & COKE COMPANY | | | | | |
| 000006 | SHERWIN WILLIAMS PAINT | | | | | |
| 000007 | TRANS MANAGEMENT INC | | | | | |
| 000002 | TROY GEORGESON | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |
UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

| Case No: | 07-17320 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | WELTEWOOD, INC | | | Date Filed (f) or Converted (c): | 09/21/07 (f) |
| | | | | 341(a) Meeting Date: | 10/29/07 |
| For Period Ending: | 08/25/11 | | | Claims Bar Date: | 01/28/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING | 0.00 | 0.00 | | 0.00 | 0.00 |
| 2. VEHICLES | 26,700.00 | 3,000.00 | | 0.00 | 0.00 |
| 3. OFFICE EQUIPMENT | 1,700.00 | 1,500.00 | | 0.00 | 0.00 |
| 4. MACHINERY | 3,285.00 | 2,500.00 | | 0.00 | 0.00 |
| 5. FRAUD, CONVEYANCE (u) | 0.00 | 25,000.00 | | 38,290.46 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 11.83 | Unknown |

TOTALS (Excluding Unknown Values)     $31,685.00     $32,000.00     $38,302.29     Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS REQUESTED BOOKS AND RECORDS FROM THE DEBTOR. TRUSTEE TO FILE ADVERSARY COMPLAINTS TO AVOID TRANSFERS, ADVERSARIES HAVE BEEN FILED. TRUSTEE HAS BEEN LITIGATING AND COMPROMISING PENDING ADVERSARY COMPLAINTS.

Initial Projected Date of Final Report (TFR): 09/30/09     Current Projected Date of Final Report (TFR): 02/28/11

LFORM1     Ver: 16.02b

UST Form 101-7-TDR (10/1/2010) (Page: 10)

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-17320 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | WELTEWOOD, INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1066 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1533 | | | |
| For Period Ending: | 08/25/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/09/09 | 5 | Chase Bank USA | Settlement of Adversary | 1241-000 | 8,000.00 | | 8,000.00 |
| 12/14/09 | 5 | 1st Mariner Bank | Settlement of Adversary | 1241-000 | 6,354.22 | | 14,354.22 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.19 | | 14,354.41 |
| 01/05/10 | 5 | Ocwen Loan Servicing LLC | Settlement of Adversary | 1241-000 | 3,936.24 | | 18,290.65 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.44 | | 18,291.09 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.42 | | 18,291.51 |
| 03/26/10 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 17.07 | 18,274.44 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.47 | | 18,274.91 |
| 04/10/10 | 5 | National City | Settlement of Adversary | 1241-000 | 20,000.00 | | 38,274.91 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.71 | | 38,275.62 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.97 | | 38,276.59 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.95 | | 38,277.54 |
| 07/15/10 | | Transfer to Acct #*******1383 | TRANSFER TO WRITE CHECKS | 9999-000 | | 197.00 | 38,080.54 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.97 | | 38,081.51 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.97 | | 38,082.48 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.94 | | 38,083.42 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.97 | | 38,084.39 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.94 | | 38,085.33 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.97 | | 38,086.30 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.97 | | 38,087.27 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.29 | | 38,087.56 |
| 03/29/11 | 000302 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 18.64 | 38,068.92 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.32 | | 38,069.24 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.31 | | 38,069.55 |
| 05/04/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 38,069.58 |
| 05/04/11 | | Transfer to Acct #*******1383 | Final Posting Transfer | 9999-000 | | 38,069.58 | 0.00 |

Page Subtotals   38,302.29   38,302.29

Ver: 16.02b

LFORM24

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 07-17320 -ABG |
| Case Name: | WELTEWOOD, INC |
| Taxpayer ID No: | *******1533 |
| For Period Ending: | 08/25/11 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1066  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 38,302.29 | 38,302.29 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 38,266.58 | |
| | | | Subtotal | | 38,302.29 | 35.71 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 38,302.29 | 35.71 | |

Page Subtotals         0.00         0.00

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-17320 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | WELTEWOOD, INC | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1383  BofA - Checking Account |
| Taxpayer ID No: | *******1533 | | |
| For Period Ending: | 08/25/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/15/10 | | Transfer from Acct #*******1066 | TRANSFER TO WRITE CHECKS | 9999-000 | 197.00 | | 197.00 |
| 07/15/10 | 003001 | Carol A. Raber<br>219 S. Dearborn, #667<br>Chicago, IL 60604 | Court reporter invoice | 2990-000 | | 197.00 | 0.00 |
| 05/04/11 | | Transfer from Acct #*******1066 | Transfer In From MMA Account | 9999-000 | 38,069.58 | | 38,069.58 |
| 05/10/11 | 003002 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL  60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 4,580.16 | 33,489.42 |
| 05/10/11 | 003003 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL  60602-0000 | Chapter 7 Expenses | 2200-000 | | 129.88 | 33,359.54 |
| 05/10/11 | 003004 | Cohen & Krol | Attorney for Trustee fees | 3110-000 | | 7,768.84 | 25,590.70 |
| 05/10/11 | 003005 | Cooke & Lewis, Ltd. | Accountant  for Trustee fees<br>Accountant for Trustee fees<br>  Fees           1,625.00<br>  Expenses         160.00 | <br><br>3310-000<br>3320-000 | | 1,785.00 | 23,805.70 |
| 05/10/11 | 003006 | Clerk, U. S. Bankruptcy Court | Deferred Adversary Filing Fees | 2700-000 | | 1,500.00 | 22,305.70 |
| 05/10/11 | 003007 | JOSEPH E. COHEN | Attorney for Trustee fees | 3110-000 | | 3,884.41 | 18,421.29 |
| 05/10/11 | 003008 | PEOPLES GAS LIGHT & COKE COMPANY<br>130 E. RANDOLPH DRIVE<br>CHICAGO, IL 60601 | Claim 000001, Payment 33.26756% | 7100-000 | | 25.29 | 18,396.00 |
| 05/10/11 | 003009 | Troy Georgeson<br>24908 69th Street<br>Salem, WI 53168 | Claim 000002, Payment 33.26647% | 7100-000 | | 1,636.81 | 16,759.19 |
| 05/10/11 | 003010 | Mr Floor<br>3828 Oakton St | Claim 000003, Payment 33.26646% | 7100-000 | | 540.58 | 16,218.61 |
| | | | Page Subtotals | | 38,266.58 | 22,047.97 | |

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010)  *(Page: 13)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit 9

| Case No: | 07-17320 -ABG | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- |
| Case Name: | WELTEWOOD, INC | Bank Name: | BANK OF AMERICA, N.A. |
|  |  | Account Number / CD #: | *******1383  BofA - Checking Account |
| Taxpayer ID No: | *******1533 |  |  |
| For Period Ending: | 08/25/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/10/11 | 003011 | Skokie, IL 60076<br>Chicago Commercial Photography<br>Bob Grosse<br>PO Box 7266<br>Algonquin, IL 60102 | Claim 000004, Payment 33.26714% | 7100-000 |  | 232.87 | 15,985.74 |
| 05/10/11 | 003012 | Eugene Welte<br>2645 Fillmore Lane<br>Davenport, IA 52804 | Claim 000005, Payment 33.26645% | 7100-000 |  | 6,653.29 | 9,332.45 |
| 05/10/11 | 003013 | Sherwin Williams Paint<br>16W485 S Frontage Rd<br>Suite 110<br>Burr Ridge, IL 60527 | Claim 000006, Payment 33.26638% | 7100-000 |  | 1,356.44 | 7,976.01 |
| 05/10/11 | 003014 | Trans Management Inc<br>49C Lebaron Street<br>Waukegan, IL 60085 | Claim 000007, Payment 33.26652% | 7100-000 |  | 2,960.72 | 5,015.29 |
| 05/10/11 | 003015 | Advanta Bank Corp.<br>Becket and Lee LLP<br>Attorneys/Agent for Creditor<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000008, Payment 33.26643%<br>(8-1) CREDIT CARD DEBT<br>(8-1)<br>modified to correct creditor's name (cch)<br>1/14/2010(8-2) Update Balance & Add<br>Documentation | 7100-000 |  | 5,015.29 | 0.00 |

Page Subtotals        0.00        16,218.61

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-17320 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | WELTEWOOD, INC | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1383 BofA - Checking Account |
| Taxpayer ID No: | *******1533 | | |
| For Period Ending: | 08/25/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  | COLUMN TOTALS | 38,266.58 | 38,266.58 | 0.00 |
|---|---|---|---|---|---|
|  |  | Less: Bank Transfers/CD's | 38,266.58 | 0.00 | |
|  |  | Subtotal | 0.00 | 38,266.58 | |
|  |  | Less: Payments to Debtors | | 0.00 | |
|  |  | Net | 0.00 | 38,266.58 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | TOTAL - ALL ACCOUNTS | | | | |
| | Money Market Account (Interest Earn - ********1066 | | 38,302.29 | 35.71 | 0.00 |
| | BofA - Checking Account - ********1383 | | 0.00 | 38,266.58 | 0.00 |
| | | | ----------------------- | ----------------------- | ----------------------- |
| | | | 38,302.29 | 38,302.29 | 0.00 |
| | | | ============= | ============= | ============= |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*